We believe under the facts shown by the record in this case the information received by the arresting officers from the Police Communications Center, together with their verification thereof, constituted reasonable grounds for the arrest of the defendants, and the search of the defendants and the car subsequent thereto.

Judgment affirmed.

DEMPSEY, P. J. and SCHWARTZ, J., concur.

**Mary M. Higgin, Plaintiff-Appellee, v. Lenore E. Higgin, Defendant-Appellant.**

**Gen. No. 51,819. (Abstract of Decision.)**

First District, Third Division.

January 25, 1968.

William D. Larkin, of Chicago, for appellant; Henehan, Donovan & Isaacson, of Chicago (John D. Bolger, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**